AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

United States of America
v.
VEER CHETAL

)
)
)
)
)

Case No.   24-CR-494 (CKK)

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   VEER CHETAL                                               ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ❏ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ☑ Order of the Court

This offense is briefly described as follows:

Date:   01/24/2025

_____
*Issuing officer's signature*

City and state:   Washington, D.C.

Coleen Kollar-Kotelly
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . <br><br> Date: _____ <br><br> _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender:    Veer Chetal

Known aliases:

Last known residence:    14 MORTON STREET UNIT 4 DANBURY CONNECTICUT

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:    475-218-9342

Place of birth:    India

Date of birth:    03/03/2006

Social Security number:

Height:    5'8                                    Weight:

Sex:    MALE                                    Race:

Hair:                                              Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:    FEDERAL BUREAU OF INVESTIGATION
9325 Discovery Boulevard Manassas, VA 20109

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
Lakeshia Forbes, 202-923-0451 (Cell)

Date of last contact with pretrial services or probation officer *(if applicable)*: