AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
VEER CHETAL

)
)
)
)
)

Case No. 24-CR-494 (CKK)

Defendant

## FORTHWITH ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* VEER CHETAL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

SEE ATTACHED SEALED EX PARTE ORDER [14].

Date: 01/24/2025

_____
*Issuing officer's signature*

City and state: Washington, D.C.

Colleen Kollar-Kotelly, U.S. District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/24/2025, and the person was arrested on *(date)* 1/28/2025
at *(city and state)* Danbury, CT.

Date: 1/28/2025

_____
*Arresting officer's signature*

Edward McConkie    Special Agent
*Printed name and title*