UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 24-CR-494 (CKK) |
| | : | |
| VEER CHETAL, | : | UNDER SEAL |
| Defendant. | : | |
| | : | |

### GOVERNMENT'S MOTION TO VACATE STATUS HEARING

The parties are scheduled to appear before the Court on February 18, 2025 for a status hearing. On or about January 28, 2025, Mr. Chetal was detained in Connecticut on an arrest warrant. A District of Connecticut Magistrate ordered him detained and removed to the District of Columbia to appear on the warrant. Mr. Chetal has not yet arrived in the District of Columbia and will not arrive by February 18, 2025. The Government requests that the Court vacate the hearing scheduled for February 18, 2025 and reschedule the hearing for the earliest available date once Mr. Chetal arrives in the District of Columbia.

Respectfully submitted,

EDWARD MARTIN JR.
United States Attorney
D.C. Bar No. 481866

By:   /s/ Kevin Rosenberg
KEVIN ROSENBERG
OHIO BAR 0081448
Assistant United States Attorney
Fraud, Public Corruption, and Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
Kevin.Rosenberg@usdoj.gov | 202-809-5351