UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VEER CHETAL,<br><br>      Defendant. | Criminal Action No. 24-494 (CKK)<br><br>**UNDER SEAL** |

**ORDER**

Upon consideration of Assistant Federal Public Defender Tezira Abe's [26] Motion to Withdraw, it is hereby:

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that Ms. Abe is dismissed as counsel of record for Mr. Veer Chetal.

**SO ORDERED.**

**Dated:**  February 18, 2025

                                                             COLLEEN KOLLAR-KOTELLY
                                                             United States District Judge

1