IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Washington, DC)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 24-cr-494-CKK |
| v. | **SEALED** |
| VEER CHETAL, | |
| Defendant. | |
| _____// | |

**JOINT SEALED STATUS REPORT**

Comes now the Defendant, Veer Chetal ("Chetal"), through undersigned counsel, and the United States Government, through Assistant U.S. Attorney (AUSA) Kevin Rosenberg, and submits the following Joint Sealed Status Report:

1. On or about January 27, 2025, Chetal was taken into custody, based upon facts contained in the Government's *Ex Parte* Motion for Revocation (Dkt 13).

2. At the government's request, pursuant to 18 U.S.C. § 3142(f), a hearing to formally revoke the defendant's release conditions has been scheduled for March 5, 2025.

3. Counsel for the defendant and AUSA Rosenberg have been evaluating the continuing nature of the defendant's cooperation and are requesting an additional 30 days in which to address the issues that underlie the facts contained within the Government's Ex Parte Motion for Revocation (Dkt 13).

4. At or before that time the parties will be prepared to advise the Court regarding the potential to re-admit the defendant to conditions of pretrial release as well as to provide a date on which the Court could consider sentencing the defendant.

5. Counsel for the Defendant has conferred in person with Assistant U.S. Attorney Kevin Rosenberg, who joins in this Status Report.

Wherefore, the parties jointly request that the matter be reset for 30 days and that the defendant continue to be temporarily detained, without requiring a full hearing pursuant to 18 U.S.C. § 3142(f).

    Respectfully submitted,
**JONES WALKER LLP**
201 S. Biscayne Blvd., Suite 3000
Miami, FL 33131
Telephone: (305) 679-5700
Facsimile: (305) 679-5710
By:   */s/David S. Weinstein*
    David S. Weinstein
    Florida Bar No. 749214
    *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 5th day of March, 2025, the foregoing motion filed in this Sealed Case is being served this day on counsel for the government via the email listed below:

Kevin Rosenberg, Assistant U.S. Attorney
United States Attorney's Office
601 D Street, NW
Washington, DC 20579
kevin.rosenberg@usdoj.gov

    */s/ David S. Weinstein*
    David S. Weinstein

#103497485v1