# Exhibit A

#103657046v1

 **RUTGERS UNIVERSITY** | **University Enrollment Services**    **Student LOA/Withdrawal Form**     **WDLVA**

This form is required to notify the University of your wish to withdraw from all your classes for the semester indicated below.

Continuing students will be required to re-enroll if registration is canceled for either fall or spring semesters.

**Student Information:**

| | |
|---|---|
| Full Name | Veer Chetal |
| RUID | 228009262 |

| | | | | | |
|---|---|---|---|---|---|
| School Code | 01 | Class | 28 | Curriculum | 001 |

Address    14 MORTON ST, DANBURY, CT 068108254

Email    vc581@scarletmail.rutgers.edu    Cell Phone    475-218-9342

Personal (non-RU) Email Address    veerchetal@yahoo.com

**Effective Term(s):** Spring/Fall    *Current spring courses and preregistered fall courses*

If you want to withdraw from your summer or winter registration, please click here for more info:  Summer/Winter

**Return:**  I do not plan to return

**Return Term:**                               **Return Year:**

**Additional Information:**

I wish to leave Rutgers University for the following reason(s): Other personal - R

Please explain briefly. Information may be used to identify resources for support and services:

> Unfortunately, my H4 visa status is no longer valid, as my father lost his job on 1/2/2025, and his H1 visa status. Since the I-120 letter from the University takes 6 weeks, we couldn't apply to change status to F1 immediately. So I cannot study now.

If you would like to discuss your situation further, please contact your school's academic advising office.

[X]  By completing this form, I accept all responsibility for these actions. I accept I am responsible for contacting the offices for the services checked below upon my departure. Failure to do so may result in additional fees and/or loss of eligibility for future services and financial resources.    1/3/2025

**Advisor:** I have not discussed my situation with my Academic Advisor    Effective Date  1/3/2025

**For Office Use Only:**

Services Utilized:

| | | | | | |
|---|---|---|---|---|---|
| Financial Aid | ☐ | Veteran | ☐ | Athletics | ☐ |
| Parking | ☐ | EOF | ☐ | Dining | ☐ |
| International Student | ☒ | Housing | ☐ | Honors College | ☐ |

v1.7

# Exhibit B

#103657046v1

# IELTS

## Test Report Form

ACADEMIC

**NOTE** Admission to undergraduate and post graduate courses should be based on the ACADEMIC Reading and Writing Modules.
GENERAL TRAINING Reading and Writing Modules are **not** designed to test the full range of language skills required for academic purposes.
It is recommended that the candidate's language ability as indicated in this Test Report Form be re-assessed **after two years** from the date of the test.
To find out more about IELTS, IELTS band scores and the CEFR levels, please visit ielts.org/scores

| Centre Number | UX371 | Date | 26/JAN/2025 | Candidate Number | 501596 |
| --- | --- | --- | --- | --- | --- |

## Candidate Details

| Family Name | CHETAL |
| --- | --- |
| First Name(s) | VEER |
| Candidate ID | Y6346648 |

| Date of Birth | 03/03/2006 | Sex (M/F) | M | Scheme Code | Private Candidate |
| --- | --- | --- | --- | --- | --- |

| Country or Region of Origin | |
| --- | --- |
| Country of Nationality | INDIA |
| First Language | HINDI |

## Test Results

| Listening | 8.0 | Reading | 6.5 | Writing | 7.5 | Speaking | 9.0 | Overall Band Score | 8.0 | CEFR Level | C1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

## Administrator Comments

Recognising organisations must verify this score at ielts.org/verify

**Validation stamp**

| Date | 27/01/2025 | Test Report Form Number | 24UX501596CHEV371A |
| --- | --- | --- | --- |

  

IELTS is jointly owned by the British Council; IDP IELTS; and Cambridge University Press & Assessment

# Exhibit C

#103657046v1



**United States Department of Justice**

*United States Attorney*
*District of Connecticut*

---

| | |
|---|---|
| *157 Church Street* | *(203) 821-3700* |
| *25th Floor* | *Fax (203) 773-5373* |
| *New Haven, Connecticut 06510* | *www.justice.gov/usao-ct* |

March 5, 2025

USCIS
Vermont Service Center
38 River Road
Essex Junction, VT 05479

   **Re:**  **Sushil & Radhika Chetal**
      **A# 208-628-295**

To Whom It May Concern,

   As part of the U visa application being submitted for Mr. and Mrs. Chetal, our Office respectfully requests expedited processing of the I-765. Mr. Chetal lost his job due to the press associated with the investigation of our case, in which Mr. and Mrs. Chetal are identified as victims. As a result of the loss of his job, Mr. Chetal lost his work permit and status under the H1B program. His wife, Radhika, and son, Veer, also lost their legal status as his derivatives.

   The issuance of a work permit pursuant to a status of deferred action will allow Mr. Chetal to look for new employment and once again support his family. If you have any questions about this request I can be reached at 203-671-4956 or Ines.Cenatiempo@usdoj.gov.

        Best regards,

        *Ines Cenatiempo*

        Ines Cenatiempo
        Victim-Witness Coordinator
        United States Attorney's Office
        District of Connecticut