IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Washington, DC)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 24-cr-494-CKK |
| v. | **SEALED** |
| VEER CHETAL, | |
| Defendant. | |
| _____// | |

**JOINT SEALED STATUS REPORT**

Comes now the Defendant, Veer Chetal ("Chetal"), through undersigned counsel, and the United States Government, through Assistant U.S. Attorney (AUSA) Kevin Rosenberg, and submits the following Joint Sealed Status Report:

1. The parties were unable to reach an agreement regarding reinstatement of pretrial release. As a result, yesterday evening, through the Sealed Document filing clerk, the Defendant filed a sealed motion seeking pretrial release. That motion was docketed today.

2. The government opposes the motion.

3. The Defendant will rely upon the facts and exhibits in his motion.

4. The Government will rely on the facts contained in its Ex Parte Motion for Revocation (Dkt 13).

5. Both parties reserve the right to supplement their pleadings with live testimony.

6. The parties jointly request that the Court delay scheduling a sentencing hearing in this matter as the defendant continues to cooperate in this matter. The parties propose filing a status report on the defendant's cooperation on or before July 2, 2025.

#103657918v1

Respectfully submitted,

**JONES WALKER LLP**
201 S. Biscayne Blvd., Suite 3000
Miami, FL 33131
Telephone: (305) 679-5700
Facsimile: (305) 679-5710
By:   */s/David S. Weinstein*
         David S. Weinstein
         Florida Bar No. 749214
         *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 1st day of April, 2025, the foregoing motion filed in this Sealed Case is being served this day on counsel for the government via the email listed below:

Kevin Rosenberg, Assistant U.S. Attorney
United States Attorney's Office
601 D Street, NW
Washington, DC 20579
kevin.rosenberg@usdoj.gov

         */s/ David S. Weinstein*
         David S. Weinstein

2

#103657918v1