# Exhibit A



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |

| Receipt Number | | Case Type | |
| --- | --- | --- | --- |
| EAC2427851083 | | I539 - APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS | |
| Received Date | Priority Date | Applicant | |
| 06/21/2024 | | RADHIKA CHETAL , NO NAME GIVEN | |
| Notice Date | Page | Beneficiary | |
| 03/28/2025 | 1 of 1 | CHETAL , VEER | |

VEER CHETAL
14 MORTON STREET APT 4
DANBURY  CT  06810

**Notice Type:** Approval Notice
Class: H4
Valid from 10/11/2024 to 03/02/2027

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

<u>What the Official Notice Said</u>

The above application for extension of stay is approved. The temporary stay of the named applicant(s) is authorized to the date shown above.

The I-94 attached below may contain a grace period of up to 10 days before and up to 10 days after the above validity period, if such grace period is authorized by the principal alien's nonimmigrant classification. The following principal alien nonimmigrant classifications may be eligible for a grace period: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. Dependents of principal H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the above validity period.

The nonimmigrant status of the applicant(s) is based on the separate nonimmigrant status held by a principal alien's authorized employment in the United States.

The applicant must keep the lower portion with his or her previous Form I-94, Departure Record. It must be presented when requested by USCIS or any other component of the U.S. Department of Homeland Security. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States.

Please read the back of this form carefully for more information.
**THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

Applicants:

| Name | DOB | COB | Class |
| --- | --- | --- | --- |
| CHETAL , VEER | 03/03/2006 | INDIA | H4 |

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21