IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Washington, DC)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 24-cr-494-CKK |
| v. | **SEALED** |
| VEER CHETAL, | |
| Defendant. | |
|_____// | |

**JOINT SEALED MOTION TO UNSEAL**

Comes now the Defendant, Veer Chetal ("Chetal"), through undersigned counsel, and the United States Government, through Assistant U.S. Attorney (AUSA) Kevin Rosenberg, and moves to unseal the docket in the above styled matter:

1. Since the time that the Defendant entered his plea on November 13, 2024, the docket in this matter has been sealed.

2. On April 30, 2025, the Defendant's former co-conspirators were charged in a superseding indictment (*See Case No. 24-CR-417 (CKK)*).

3. While the Defendant was not listed as a cooperating witness within that superseding indictment, based on the content and context of the superseding indictment, it is now readily apparent that he is cooperating with the government.

4. As such, there is no longer a need to keep this matter sealed.

Wherefore, the Defendant and the Government respectfully request that this Court enter an order unsealing the docket for this matter.

Dated: June 13, 2025

#103657918v1
#104010372v1

          Respectfully submitted,

          **JONES WALKER LLP**
          201 S. Biscayne Blvd., Suite 3000
          Miami, FL 33131
          Telephone: (305) 679-5700
          Facsimile: (305) 679-5710
          By:    */s/David S. Weinstein*
                  David S. Weinstein
                  Florida Bar No. 749214
                  *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 13th day of June, 2025, the foregoing motion filed in this Sealed Case is being served this day on counsel for the government via the email listed below:

Kevin Rosenberg, Assistant U.S. Attorney
United States Attorney's Office
601 D Street, NW
Washington, DC 20579
kevin.rosenberg@usdoj.gov

          */s/ David S. Weinstein*
          David S. Weinstein

#103657918v1
#104010372v1