# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VEER CHETAL,<br>       Defendant. | Criminal Action No. 24-494 (CKK) |

# ORDER
(June 16, 2025)

The Court is in receipt of the parties' [35] Joint Motion to Unseal the docket in this matter.

For the reasons stated therein it is hereby:

**ORDERED** that the parties' [35] Joint Motion to Unseal is **GRANTED**; and further

**ORDERED** that the docket in this matter be **UNSEALED**.

**SO ORDERED.**

/s/ Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
United States District Judge