UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **24-cr-494 (CKK)** |
| **v.** : | |
| : | |
| **VEER CHETAL,** : | |
| : | |
| **Defendant.** : | |
| : | |

## GOVERNMENT'S CONTINUED OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE

The government continues to object to Mr. Chetal's release pending trial. The government reincorporates and largely relies on its previous motions and arguments. ECF Docs. 13, 20, and 37.

The posture of Defendant Chetal's case has remained the same. Defendant Chetal received stolen money from co-conspirators while on release and failed to report it to the FBI. He was making plans to leave the country. He was also aware of active social engineering scams being committed by some of his co-conspirators and withheld this information from the government. He did all of this while he was enrolled in college.

Defense counsel is correct that two of Defendant Chetal's co-conspirators, Ethan Yarally and Cody Demirtas have voluntarily returned from the United Arab Emirates to face charged is *United States v. Malone Lam, et. Al.,* 24-cr-417. Many additional co-conspirators remain at large or not yet fully identified. This includes two of the perpetrators of the $248,000,000 cryptocurrency theft that began this investigation.

If there is a facility that permits Defendant Chetal to use a computer for online university, the government wholly supports his transfer to that facility. Short of that transfer, the government continues to object to his release pre-trial as he is both a danger to the community and a flight risk.

                Respectfully submitted,

                JEANINE PIRRO
                United States Attorney

By:    /s/ Kevin Rosenberg
        KEVIN ROSENBERG
        OHIO BAR 0081448
        Assistant United States Attorney
        Fraud, Public Corruption, and Civil Rights Section
        601 D Street, N.W. | Washington, D.C. 20530
        Kevin.Rosenberg@usdoj.gov | 202-809-5351