IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Washington, DC)

UNITED STATES OF AMERICA,                    CASE NO. 24-cr-494-CKK

v.

VEER CHETAL,

    Defendant.

_____//

### ORDER

The Court is in receipt of Defendant Veer Chetal's Unopposed Motion for U.S. Marshal's Service to Transport Defendant for Biometric Appointment [DE-].  Having considered the contents of the motion and all other relevant factors, it is hereby,

**ORDERED** that said Motion is hereby GRANTED and the Court requests the U.S. Marshal's Service to transport the Defendant to and from his Biometric Appointment on March 27, 2026 at 10:00 am.

**DONE AND ORDERED** in Chambers in the District of Columbia, this ___ day of March, 2026.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT COURT JUDGE

cc: Counsel of Record

#111430068v1